## SCOTT B. TULMAN & ASSOCIATES, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE
18TH FLOOR
NEW YORK, NEW YORK 10169
(212) 867-3600
TELECOPIER: (212) 867-1914
WWW.TULMANLAW.COM

**MEMO ENDORSED**

July 9, 2021

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
Chambers 533
White Plains, New York 10601-4150

      Re:   United States v. Bernard Potillo
             11 Cr. 630 (KMK) - Violation of Supervised Release

Dear Judge Karas:

      I was appointed to represent Defendant Bernard Potillo in the underlying criminal proceeding and was contacted by the Court to serve as counsel in this new VOSR proceeding relating to him. An initial conference and arraignment on new specifications is presently scheduled for July 15, 2021. I write to request a one-week adjournment to July 22, or July 23, 2021.

      On July 6, 2021, Mr. Potillo was presented before Magistrate Judge Krause on a VOSR warrant issued by Your Honor on June 25, 2021. Mr. Potillo was ordered detained and new specifications were added to premised on Mr. Potillo's arrest on July 2, 2021, and subsequent detention by local authorities for new criminal charges of harassment, domestic violence and criminal contempt. Duty CJA counsel represented Mr. Potillo for the presentment only and the matter was adjourned for an initial conference before Your Honor on July 15, 2021.

      I have a prior commitment and will be out of town from July 14 through July 21, 2021. The dates I propose are convenient to the Assistant United States Attorney assigned to this matter. There have been no prior requests for adjournments and the Government consents to the adjournment. Although I contacted Chambers more than five business days prior to the scheduled appearance to inform it of my need for an adjournment, I was unable to file this letter motion because I had not yet spoken with the Government and obtained its consent until today.

Respectfully submitted,

Scott B. Tulman

SBT:ss

*The Court will hold the conference via telephone on Thursday, 7/22/2021 at 1:00 pm*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
7/11/2021